MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TONIA BABBITT, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>TRAVIS NIELSEN, an individual; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF LATTER-DAY SAINTS, a Utah Corporation Sole; DOES I through X; and ROE CORPORATIONS XI through XX, Inclusive,<br><br>   Defendants. | Case No. 2:18-cv-02076-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY AND PRETRIAL DEADLINES AND ALLOW DEFENDANTS TO CONDUCT AN INDEPENDENT MEDICAL EXAMINATION**<br><br>**(First Request)** |

Defendants Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints ("CPB") and Travis Nielsen ("Defendants") and Plaintiff Tonia Babbitt ("Plaintiff") hereby stipulate and agree to extend the discovery and pretrial deadlines as respectfully requested herein and allow Defendants to conduct an independent medical examination ("IME").

**A.**    **The IME.**

The parties stipulate and agree that Babbitt will undergo an IME at the Las Vegas office of Dr. Mark J. Rosen, MD. The parties will work together to find a date and time for the IME available for both sides. Babbitt will not complete any written questionnaires for the IME. The IME will not be audio or video recorded. A paralegal for Babbitt's counsel will attend the IME as an independent observer. The paralegal will not interact with Dr. Rosen or speak during the IME. The paralegal will not take any notes during the IME. The paralegal will not be called as a witness at trial for any purpose.

**B.  Extension of the Discovery and Pretrial Deadlines.**

   **1.  *Discovery Completed to Date*.**

   The parties have served and responded to written discovery, obtained and produced Babbitt's medical records, and have been working together to schedule upcoming depositions.

   **2.  *Remaining Discovery*.**

   The parties still need to disclose experts and depose the parties and their experts. Defendants also will be deposing Babbitt's boyfriend in February 2019 and desire to depose Babbitt's ex-husband, Jayson Babbitt. Plaintiff also has requested to depose a Rule 30(b)(6) representative for CPB and Isiah Dominick Jacobs, a passenger in Nielsen's vehicle at the time of the accident. Based on the fact Babbitt intends to designate her surgeon Dr. Craig Tingey MD as an expert witness, Defendants intend to depose Dr. Tingey after the initial expert disclosure deadline.

   **3.  *Reasons for the Proposed Extension*.**

   For approximately a month, the parties have been negotiating the terms for an IME. Right now, Dr. Rosen has only one IME appointment available before the current initial expert disclosure deadline. The parties wish to extend the deadline to allow the IME to be scheduled on a date in March or April that would be available for both sides. Also, on January 29, 2019, Plaintiff filed a motion for leave to file a first amended complaint. ECF No. 24. Also, several of the witnesses whom Plaintiff has requested to depose are out-of-state.

   **4.  *Proposed New Scheduling Order and Discovery Plan*.**

   The parties wish to extend the discovery and pretrial deadlines by 60 days as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline to amend the pleadings and add parties | 01/29/19 | No change |
| Initial Expert Disclosures | 02/28/19 | 04/29/19 |
| Interim Status Report | 02/28/19 | 04/29/19 |
| Rebuttal Expert Disclosures | 04/01/19 | 05/31/19 |
| Close of Discovery | 04/29/19 | 06/28/19 |
| Dispositive Motions | 05/29/19 | 07/29/19 |

| Pretrial Order | 06/28/19 | 08/27/19 |

IT IS SO STIPULATED.

DATED February 1, 2019.                    DATED February 1, 2019

*/s/ Matt Wolf*                             */s/ Cliff Marcek*
Dan McNutt, Esq. (SBN 7815)                 Cliff Marcek, Esq. (SBN 5061)
Matthew Wolf, Esq. (SBN 10801)              CLIFF W. MARCEK, P.C.
MCNUTT LAW FIRM, P.C.                       536 E. St. Louis Ave.
625 S. 8th Street                           Las Vegas, NV 89104
Las Vegas, Nevada 89101                     *Attorneys for Plaintiff*
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 4, 2019