Raleigh C. Thompson, NV Bar No. 11296
Ryan M. Lower, NV Bar No. 9108
MORRIS LAW GROUP
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: rml@morrislawgroup.com
Email: rct@morrislawgroup.com

Attorneys for Defendant
Travis Nielsen

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONIA BABBITT, an individual, | Case No: 2:18-cv-02076-RFB-NJK |
| Plaintiff, | |
| v. | |
| TRAVIS NIELSEN, an individual; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole; DOES I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive, | **STIPULATION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT TRAVIS NIELSEN AND ORDER APPROVING SAME** |
| Defendants. | |

Pursuant to Local Rule IA 10-6, the undersigned stipulate to the substitution of Raleigh C. Thompson and Ryan M. Lower of Morris Law Group as counsel of record for defendant Travis Nielsen only, in place of Daniel R. McNutt and Matthew C. Wolf of McNutt Law Firm, P.C., his

1

current counsel of record. Hereafter, all pleadings and papers directed to defendant Travis Nielsen should be sent to:

> Raleigh C. Thompson
> Ryan M. Lower
> Morris Law Group
> 411 E. Bonneville Ave., Ste. 360
> Las Vegas, Nevada 89101
> Telephone No.: (702) 474-9400
> Facsimile No.: (702) 474-9422

| MORRIS LAW GROUP | MCNUTT LAW FIRM, P.C. |
|---|---|
| By: /s/ Raleigh C. Thompson<br>Ryan M. Lower, Bar No. 9108<br>Raleigh C. Thompson, Bar No. 11296<br>411 E. Bonneville Ave, Suite 360<br>Las Vegas, Nevada 89101 | By: /s/ Matthew C. Wolf<br>Daniel R. McNutt, Bar No. 7815<br>Matthew C. Wolf, Bar No. 10801<br>625 South Eighth Street<br>Las Vegas, Nevada 89101 |

## CONSENT

The undersigned consents to the foregoing substitution.

_____
Travis Nielsen

## ORDER

The foregoing stipulation is approved.

_____
United States Magistrate Judge

DATED: March 12, 2019