# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TONIA BABBITT,

    Plaintiff(s),

v.

TRAVIS NIELSEN, et al.,

    Defendant(s).

Case No.: 2:18-cv-02076-RFB-NJK

**Order**

On April 22, 2019, the Court granted Defendant's motion to compel. Docket No. 49. Today, April 24, 2019, Plaintiff filed an untimely response to that motion to compel. Docket No. 50  As the underlying motion has already been resolved, the response is moot and is hereby **STRICKEN**.

IT IS SO ORDERED.

Dated: April 24, 2019

                                                Nancy J. Koppe
                                              United States Magistrate Judge