MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendant Corporation
of the Presiding Bishop of The Church
of Jesus Christ of Latter-day Saints*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TONIA BABBITT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS NIELSON, an individual; ISIAH DOMINICK JACBOS, an individual; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF LATTER-DAY SAINTS, a Utah Corporation Sole; DOES I through X; and ROE CORPORATIONS XI through XX, Inclusive,<br><br>Defendants. | Case No. 2:18-cv-02076-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ALL PRETRIAL DEADLINES TO FINALIZE SETTLEMENT** |

Plaintiff Tonia Babbitt and Defendants Travis Nielson, Corporation of the President of The Church of Jesus Christ of Latter-Day Saints ("COP"), and Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-Day Saints ("CPB") hereby stipulate as follows:

1. *Whereas*, the parties have reached a settlement to resolve all claims against all Defendants.

2. *Whereas*, the parties are working on preparing a written settlement agreement and finalizing the settlement.

3. *Whereas*, additional time is needed to finalize the settlement as the parties work together on issues related to Plaintiff's medical bills and the payments of those bills.

*Wherefore*, the parties stipulate and agree as follows:

1. All pretrial deadlines shall be stayed until October 29, 2019.

1

2. On or before October 29, 2019, the parties shall file a stipulation and order dismissing the case or a status report informing the Court of the status of their settlement, their efforts to finalize the settlement, and any issues keeping the settlement from being finalized.

IT IS SO STIPULATED.

DATED July 22, 2019

*/s/ Matt Wolf*
Dan McNutt, Esq. (SBN 7815)
Matthew Wolf, Esq. (SBN 10801
MCNUTT LAW FIRM, P.C.
625 S. 8th Street
Las Vegas, Nevada 89101
*Attorneys for CPB*

DATED July 22, 2019

*/s/ Ryan M. Lower*
Raleigh C. Thompson, (SBN 11296)
Ryan M. Lower, (SBN 9108)
MORRIS LAW GROUP
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
*Attorneys for Defendant Travis Nielsen*

DATED July 22, 2019

*/s/ Cliff Marcek*
Cliff Marcek, Esq. (SBN 5061)
CLIFF W. MARCEK, P.C.
536 E. St. Louis Ave.
Las Vegas, NV 89104
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 23, 2019